**MARK S. RUBIN (#17361550)**
**RUBIN & ASSOCIATES, P.C.**
**13601 Preston Road, Suite 500E**
**Dallas, Texas 75240**
**(214)742-6900**
**(214)747-4029 FAX**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE:  SHERI D. VANDERPOOL § | CASE NO. | 21-42031-MXM |
| § | | |
| **Debtor** § | | |

### NOTICE OF CONVERSION TO A CASE UNDER CHAPTER 7

TO THE HONORABLE MARK X. MULLIN,

COMES NOW, Sheri D. Vanderpool, Debtor(s) in the above case and request that the case be converted to one under Chapter 7 of the bankruptcy code and represent to the Court:

I.

On August 27, 2021, the above-named Debtor(s) filed a petition for relief under Chapter 13 of the United States Bankruptcy Code.

II.

The Debtor(s) desires to convert this Chapter 13 proceeding to a case under Chapter 7 of the United States Bankruptcy Code, under Section 1307(a).

III.

The Debtor(s) would request that the Trustee distribute any monies on hand from wages to the Debtor, if any.

WHEREFORE, Movant prays that an order be entered converting the above-captioned case

to a case under Chapter 7, and for such other and further relief as is just.

Date: 9/28/21

>Respectfully submitted,
>**RUBIN & ASSOCIATES, P.C.**
>13601 Preston Road, Suite 500E
>Dallas, Texas 75240
>(214) 760-7777/(214)760-9100 Fax
>
>By:    /s/ Mark S. Rubin
>       Mark S. Rubin
>       State Bar No. 17361550
>
>ATTORNEYS FOR DEBTOR

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a copy of the Notice of Conversion to a Case Under Chapter 7 was served via CM ECF E-mail and /or via first class mail to all parties on the attached list:

Date: 9/28/21

>/s/ Mark S. Rubin
>Mark S. Rubin, Bar No.17361550