American Express Customer Servi
PO Box 981535
El Paso, TX  79998 1535

Citibank/The Home Depot
PO Box 6403
Sioux Falls SD  57117

Rubin & Associates, P.C.
13601 Preston Road
Suite 500E
Dallas, TX  75240

Attorney General
Collections Div Bankruptcy
PO Box 12017  OAG CSC MC 38
Austin, TX  78711

City of Stephenville
298 W Washington
Stephenville TX  76401

SallieMae Correspondence
PO Box 3319
Wilmington DE  19804

Barclays
PO Box 8802
Wilmington DE  19899

Comenity Bankruptcy
PO Box 182125
Columbus, OH  43218 2125

State Comptroller of Public Acc
111 E 17th St
Austin, TX 78774-0100

Best Buy
PO Box 790441
St Louis  MO  63179

Dept of Ed Granile State
Po Box 4414
Portland OR  97208

Synchrony Bankruptcy
PO Box 965060
Orlando, FL  32896

Capital One  Bankruptcy
PO Box 30285
Salt Lake City,  UT  84130 0285

Discover Financial Service LLC
PO Box 30943
Salt Lake City  UT  84130

Synchrony Bankruptcy
PO Box 965061
Orlando, FL  32896

Chase
Po Box 6185
Westerville OH  43086

Erath County Tax Office
320 West College
Stephenville TX  76401

Synchrony Bank
co PRA Receivables Management L
PO Box 41021
Norfolk  VA  23541

Chase Hyatt
Po Box 6185
Westerville OH  43086

Internal Revenue Service-CIO
PO Box 21126
Philadelphia, PA 19114

Tarleton State University
1333 W Washington
Stephenville TX  76402

Chase Marriott
Po Box 6185
Westerville OH  43086

Lake Point Medical Center
6800 Scenic Dr
Rowlett TX  75088

TD Auto Finance
PO Box 9223
Farmington Hills  MI  48333 922

Citibank Home Depot
PO Box 7032
Sioux Falls SD  57117

Linebarger Goggan Blair and Sam
2777 N Stemmons Frwy Ste 1100
Dallas TX 75207

Texas Workforce Commission
TEC Bldg, Tax Dept
Austin, TX  78778

Citibank Macys
Po Box 6776
Sioux Falls SD  57117

McCreary Veselka Bragg and Al
PO Box 1269
Round Rock TX 78680

Toyota Motor Credit
PO Box 8026
Cedar Rapids  IA  52408 8026

Case 21-42031-mxm7 Doc 23-1 Filed 09/28/21    Entered 09/28/21 10:00:57    Page 2 of 2

Debtor(s): **Sheri Dee Vanderpool**  Case No: **21-42031-MXM**  **NORTHERN DISTRICT OF TEXAS**
Chapter: **13**  **FORT WORTH DIVISION**

U.S. Attorney General  
U.S. Department of Justice  
950 Pennsylvania Ave., NW  
Washington, DC 20530-0001  

United States Attorney  
1100 Commerce  
Room 16 G 28  
Dallas, TX 75242  

US Department of HUD-Title 1  
52 Corporate Circle  
Albany, NY 12203-5121  

Valero  
PO Box 631  
Amarillo  TX  79105  

Veterans Administration  
1400 N Valley Mills Dr  
Waco, TX 76799  

Wells Fargo  
PO Box 10347  
DesMoines  IA  50306  

Wilcox Law  PLLC  
PO Box 201849  
Arlington  TX  76006  

William T. Neary  
U.S. Trustee  
1100 Commerce Street  
Room 9C60  
Dallas, TX 75242