PAM BASSEL STANDING CHAPTER 13 TRUSTEE
7001 Blvd 26, Ste 150
North Richland Hills, TX 76180
Phone: (817) 916-4710
Fax: (817) 916-4770

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

IN RE: CASE NO.:21-42031-MXM-13

**SHERI DEE VANDERPOOL**
    AKA: SHERI DEE VANDERPOOL
    1329 MELISSA DR
    STEPHNVILLE, TX 76401
    SSN/TIN: XXX-XX-5791

**DEBTOR**

## TRUSTEE'S NOTICE OF INTENT TO
## CERTIFY CASE FOR DISMISSAL IN SEVEN DAYS FOR NO FIRST PLAN PAYMENT

After seven days from September 28, 2021, Trustee will certify this case for dismissal because Debtor did not timely pay the first Plan Payment to Trustee within thirty days of filing the Petition. To prevent dismissal, Debtor's first Plan Payment must be received by 4:00 PM on October 05, 2021. FAILURE TO TIMELY CURE THE DELINQUENCY SHALL RESULT IN DISMISSAL WITHOUT FURTHER NOTICE.

Respectfully submitted,

By: /s/ Ethan S. Cartwright
Ethan S. Cartwright, Staff Attorney
Bar No. 24068273
PAM BASSEL STANDING CHAPTER 13 TRUSTEE
Bar No. 01344800
7001 Blvd 26, Ste 150
North Richland Hills, TX 76180
(817) 916-4710 Phone
(817) 916-4770 Fax

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served on or before the date of filing. Service was accomplished electronically on Debtor's attorney and all parties entitled to electronic notice and by first class mail on the Debtor and the parties listed below, if any.

By: /s/ Ethan S. Cartwright
Ethan S. Cartwright

SHERI DEE VANDERPOOL
1329 MELISSA DR
STEPHNVILLE, TX  76401