Certificate Number: 05781-TXN-DE-036108064

Bankruptcy Case Number: 21-42031



05781-TXN-DE-036108064

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 1, 2021, at 7:17 o'clock PM PDT, Sheri Vanderpool completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Texas.

Date: November 1, 2021

By: /s/Allison M Geving

Name: Allison M Geving

Title: President